On respondent on review's petition for reconsideration filed May 12, petition for reconsideration granted and disposition of former opinion (303 Or 218, 735 P2d 614) amended May 27, 1987

ERICKSON AIR-CRANE COMPANY,
*Petitioner on Review,*

*v.*

UNITED TECHNOLOGIES CORPORATION,
*Respondent on Review,*

UNITED TECHNOLOGIES CORPORATION,
*Appellant,*

*v.*

SILVER GRIZZLY TIMBER COMPANY, LTD.,
*Respondent.*

(TC A8305-03355; CA A34839; SC S33021)

736 P2d 1023

Jonathan M. Hoffman, Joan L. Volpert and Martin, Bischoff, Templeton, Biggs & Ericsson, Portland, filed the petition for respondent on review.

No appearance contra.

Before Lent, Presiding Justice, and Linde, Campbell, Carson, Jones and Gillette, Justices.

PER CURIAM

## PER CURIAM

Respondent on review United Technologies Corporation petitions only for reconsideration of our disposition in this case, *Erickson Air-Crane Co. v. United Tech. Corp.,* 303 Or 281, 735 P2d 614 (1987), arguing that, rather than reversing the Court of Appeals and affirming the trial court outright, our disposition should have been a remand to the Court of Appeals for consideration of five assignments of error argued in that court by United Technologies but not considered. This argument is correct. *See, e.g., Oregonian Publishing Co. v. O'Leary,* 303 Or 297, 736 P2d 173 (1987).

Petition for reconsideration granted. The disposition of our former opinion is amended to read:

"The decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for further proceedings."